No. 2014-1495

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

PI-NET INTERNATIONAL, INC.,

*PLAINTIFF-APPELLANT,*

V.

JPMORGAN CHASE & CO.,

*DEFENDANT-APPELLEE.*

Appeal from the United States District Court
for the District of Delaware, Case No. 1:12-cv-00282
The Honorable Sue L. Robinson, Judge Presiding

**PLAINTIFF-APPELLANT'S SUPPLEMENTAL INFORMATION FOR MOTION TO EXTEND TIME FOR FILING APPEAL BRIEF**

November 5, 2014

William J. Weidner
Bell Law Firm, P.C.
29100 SW Town Center Loop W, #200
Wilsonville, Oregon 97070
Telephone: (503) 682-8840
Facsimile: (503) 682-9895

*Attorney for Plaintiff-Appellant
Pi-Net International, Inc.*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Pi-Net International, Inc. v. J.P. Morgan Chase & Co.

No. 2014-1495

**CERTIFICATE OF INTEREST**

Attorney for Plaintiff-Appellant, Pi-Net International, Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

Pi-Net International, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Pi-Net International, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

William J. Weidner, Bell Law Firm, P.C.
Dr. Lakshmi Arunachalam,
Withdrawn: George Pazuniak, Victoria Brieant, John Carpenter

| | |
|---|---|
| November 5, 2014 | /s/*William Weidner* |
| Date | Signature of counsel |
| | |
| | William J. Weidner |
| | Printed name of counsel |

# PLAINTIFF-APPELLANT'S SUPPLEMENTAL INFORMATION FOR MOTION TO EXTEND TIME FOR FILING APPEAL BRIEF

Plaintiff-Appellant, Pi-Net International, Inc. ("Pi-Net") hereby files this Supplemental Information for its Motion to Extend Time for Filing Appeal Brief. The Supplemental Information includes a letter from Inventor, Dr. Lakshmi Arunachalam's doctor, which is self-explanatory, that supports the compelling reason of medical hardship for the request for extension of time to file the Appeal Brief beyond the current November 10, 2014 deadline, in order to avoid a medical crisis. Dr. Arunachalam has high blood sugar, high blood pressure exacerbated by her lack of sleep and 20-hour work days in order to meet the November 10, 2014 deadline to file the Appeal Brief. Dr. Arunachalam has been experiencing chest pain and high pulse rate the last few days and feels limp and exhausted by working all night and most of the day. Pi-Net hereby notifies the Court that Dr. Arunachalam and Pi-Net did not have the benefit of the 90 or 109 days, as the first extension of 30 days and the next extension of 60 days were used up by Pi-Net's two former counsel and the Court's most recent order re-affirmed that new counsel should enter appearance by November 10, 2014. Dr. Arunachalam has been pleading with Defense Counsel to give her extension of time. The letter from Dr. Arunachalam's doctor and a Certificate of Service is attached below. Pi-Net respectfully requests the Court to give sufficient time to file the Appeal brief to

give time for Dr. Arunachalam to recuperate while she is continuing to work diligently on the Appeal Brief.

              Respectfully submitted,

DATED: November 5, 2014    <u>*/s/ William Weidner*</u>

              William J. Weidner
              Bell Law Firm, P.C.
              29100 SW Town Center Loop W, #200
              Wilsonville, Oregon 97070
              Telephone: (503) 682-8840
              Facsimile: (503) 682-9895
              Email: Bill@blf-pc.com

              *Attorney for Plaintiff-Appellant*

              *Pi-Net International, Inc.*

SHERNA MADAN, M.D., F.A.C.E., INC.
DIABETES, ENDOCRINOLOGY AND METABOLISM
1100 LAUREL STREET, SUITE B, SAN CARLOS, CA 94070
PHONE: (650) 631-6800   FAX: (650) 631-6801
_____

November 5, 2014

To Whom It May Concern:

Re: Lakshmi Arunachalam

Ms. Lakshmi Arunachalam is a patient in this office where she is followed for a number of very significant medical problems. She has been experiencing severe decompensation of her health problems recently, related to work-related stress and was strongly counseled to begin a medical leave of absence effective immediately to prevent further compromise of her health. She may return to work on 12/15/14 if she is improved.

Sincerely,

*S. Madan MD*

Sherna Madan, MD

# UNITED STATES COURT OF APPEALS

# FOR THE FEDERAL CIRCUIT

Pi-Net International, Inc. v. JP Morgan Chase & Co.

No. 14-1495

### CERTIFICATE OF SERVICE

I, William Weidner, hereby certify that on November 5, 2014, I filed the attached documents at this Court via (CM/ECF) and I sent notification by email to the following registered attorneys of record that I filed the attached documents at this Court via (CM/ECF) and I served a copy of the attached documents on counsel of record on November 5, 2014 by Electronic Means (by email or CM/ECF):

| | |
|---|---|
| Robert S. Saunders | rob.saunders@skadden.com |
| Jessica Raatz Kunz | jessica.kunz@skadden.com |
| Daniel A. DeVito | Daniel.DeVito@skadden.com |
| Douglas R. Nemec | Douglas.Nemec@skadden.com |
| Edward L. Tulin | Edward.Tulin@skadden.com |
| Andrew D. Gish | Andrew.Gish@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | |
| 920 N. King Street, 7th Floor | Four Times Square |
| Wilmington, Delaware 19801 | New York, New York 10036 |
| Tel.: (302) 651-3000 | Tel.: (212) 735-3000 |

DATED: November 5, 2014                    Respectfully submitted,

*/s/William Weidner*

29100 SW Town Center Loop W, #200    William J. Weidner
Wilsonville, Oregon 97070                       Bell Law Firm, P.C.
Tel: (503) 682-8840
Email: Bill@blf-pc.com                          *Attorney for Plaintiff-Appellant*
                                                              *Pi-Net International, Inc.*

- 6 -