NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PI-NET INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

AND

**DR. LAKSHMI ARUNACHALAM,**
*Plaintiff-Appellant,*

v.

**JPMORGAN CHASE & CO.,**
*Defendant-Appellee.*

---

2014-1495

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-00282-SLR, Judge Sue L. Robinson.

---

**ON MOTION**

---

Per Curiam.

**O R D E R**

JPMorgan Chase & Co. moves for leave to file a 15,259-word response brief.

Counsel for Pi-Net International certified that Pi-Net's corrected brief filed on December 5, 2014 contained 13,862 words and therefore was in compliance with Fed. R. App. P. 32(a)(7)(B)(iii).  It appears from JPMorgan's motion that Pi-Net's word count was obtained by, inter alia, deleting spaces between words.  Thus, it appears that the actual word count is not what counsel certified, and that if words were properly counted the brief exceeds the permitted 14,000 words.  *E.g.*, Corrected Brief at 1, 5 (U.S.Patent Nos. 5,987,500('500), POSvcApplication).

Accordingly,

IT IS ORDERED THAT:

(1)  The briefing schedule is stayed.

(2) JPMorgan Chase & Co.'s motion is held in abeyance.

(3) Pi-Net is ordered to show cause within 14 days from the date of this order why the brief should not be stricken and why the appeal should not be dismissed for failure to file an opening brief in compliance with the court's rules.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26